UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/26

UNITED STATES OF AMERICA,

Plaintiff,

-v.-

41.32475748 BITCOIN FORMERLY HELD IN BITCOIN ADDRESS bc1qvhv5dc2l0enlyt6t07spzlhww6gd6ck799ce00; and

41.32392550 BITCOIN CASH FORMERLY HELD IN BITCOIN CASH ADDRESS qr7jrwr6kwxadhlzq5p7dnrnrzrnpefp8unxgdgc04

Defendants-*in-rem*.

JUDGMENT OF FORFEITURE

26 Civ. 2240 (MKV)

WHEREAS, on or about March 18, 2026, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by filing a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. 41.32475748 bitcoin ("BTC") formerly held in bitcoin address bc1qvhv5dc2l0enlyt6t07spzlhww6gd6ck799ce00 (the "Source BTC Address") which is traceable to the following cryptocurrency wallets associated with the entity Smile Awhile:

i. 1P36yiSXTdBirRGpURQaXXscStDw9FX6gZ
ii. 1H9eVPv8q4Vh3nK2qhHwHsmWi5axnn3Kgh
iii. 1BtAziPM5TrnE2iYP65ebzgkg6aVJy3YEt
iv. 1HVfx6GRqANY2N18LCAvb2t8TfN3rpsCYu
v. 19oMoSEYEx7z1ErPTXTZwma5r3grvYHSgv
vi. 1D5ma9AQHHZXtpGzycScX4arkk7mTfZPDt
vii. 127iNJN7X5F9hminKKHUAqsCGZxrEY6bKc
viii. 1PYDwxBo1DS1BKRFwHS9fFbvTobMDhijXb
ix. 1VdcZJwoUuXs3M1F77DfEkKdJnrk9GFro
x. 1Bi9enWvK9XpAK5H36TMjEpKm6YZUk9dz2
xi. 19ZRc1kUjjWb4oDwWRsDeVpgg3GjuVK4D8
xii. 1A3obn9Mbt35RsiibLiK6QCSUsTQdRB1Jg
xiii. 1ctGkSPzEGDzzKkftyja7Zb5vwP5tVRJL

xiv. 1MFgiAvrDXi7EbcudHbPmpLKpT4C2jXZv4
xv. 1PwR4jZcXpEfFqufx9jkpTQ8d2Xta72PT6
xvi. 1LJHJEYzDkaYFUoppibPPJg3yu888vkv49
xvii. 19ZAsMRKLkTYrCGqP7SWMLXQBz9Sg4NZBo
xviii. 1Bc4oyMdtbFyr5PPorHivvLsmfsxHp2aAf
xix. 1H5fxMbWT55c1pWsKX1ZeLHY1wDbZ1tVhK
xx. 1AhcZEQDjmpEacnYYqKg7ca97PmmErcPAW
xxi. 12QTK6RV172WwHo74yuFQLFX13WQ5BBom5
xxii. 1KtPNfVKRCA2G6mijtWNeSFSpyKQB9tJqy
xxiii. 1KNixBthDi3bTjfp3aYdNQ4CtoQvwaAsZp

b. 41.32392550 bitcoin cash ("BCH") formerly held in bitcoin cash address qr7jrwr6kwxadhlzq5p7dnrnrzrnpefp8unxgdgc04 (the "Source BCH Address"), which is traceable to the following cryptocurrency wallets associated with the entity Smile Awhile:

i. qrcm39kk5mj50wuphxhsjga9gpxw2yw6g577u66wt2
ii. qzcjfg5v86p8s6uv5quhx3ywnktcmp6raclm5kk6p4
iii. qpm4a596sz966lqzsjqwwu9pnxtmpkk42stxx6rzk0
iv. qz6wutz5gxvvgg4a9q08uxjnz57hue69y5u46l8f4z
v. qpsgtqg9qt5u0adjrrtqqaukczsaqcwqycnhkxygud
vi. qzzgscft7qyd35sjng5hz2ae6nl7lkhwdvxcytxjtk
vii. qqxr6fekezny9qlcjuv0w4ehm7arpel84sd7cpv4lg
viii. qrmn57z52vr0mydd39048vkr8v0mql4fcqjadcylag
ix. qqzk5dwqds9wp0u43weqf0alqu6sfvewsudwayrmfc
x. qp6hnz9au94guqg4jlp8hasczsf8p4tu5uxsddxdw9
xi. qpw79khtn7jr6z6n9p8k2mnsdnzycdjhkqp3v9sxyk
xii. qp35phgxa4zj2nj87cjkhqkfg0u47yvd4g5ald2rla
xiii. qqrvjkaye84ykp7h6cunyyq84mw5ajgs4u9x8xhu4d
xiv. qr0zjl9uj9aw7wpht0ms2wkl8nkt43ljz5kpd9uqdp
xv. qrae65fwza28m5ta078ufncd5hpagedzygcxlgkxq8
xvi. qrf67y978sztsjcdzye7xq7cfqcd2ujeyqgmu3qu49
xvii. qpwadr0h2rvtqfcng99xsesj3w47heu2hq56k6qeyw
xviii. qp699lew6zq6q6pek6g5v3x9u0zzfw06duma43g8gn
xix. qzcxgvdzxlt8pwl8xs5m6l8pxyav4unp4q9am5xyzh

xx. qp4xwumssd76c7fspu0qlzzsch9mr8uk0glgjj8r6x
xxi. qq8k02pj0gmy58qcfdpr4harhg3mqds5wsclkvwzg
w
xxii. qr8j5fu4sydnhcljudnk3t0jl6dsfgp7rgaww3h3ne
xxiii. qrycupx8gg5rcdcvk7arxhjy3p9qm4agdvlztaw7hl

(a. through b., together, the "Defendants-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Section 881, because there is probable cause to believe that the Defendants-*in-rem*, constitute moneys furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and property involved in monetary transactions that derive from specified unlawful activity, to wit, illegal narcotics trafficking;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 24, 2026, through April 22, 2026, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

Dated: New York, New York
August 3, 2026

SO ORDERED:

Mary Kay Vyskocil

HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

The Clerk of Court respectfully is requested to enter judgment and close this case.